IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**EDWARD R. SIMMS, JR.**,

Defendant

NO. 5: 08-MJ-02-03 (CWH)

**VIOLATION:** Leaving Scene of Accident

# ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** filed herein by counsel for the United States (Tab #12) and for cause shown, said motion is GRANTED. This proceeding against defendant EDWARD R. SIMMS, JR. is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 4th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE